# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

Anthony Trupia

    Plaintiff(s)

vs.                                         Case Number: CIV-25-1134-D

Onvoy, LLC, et. al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Level 3 Communications, LLC
[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
   Lumen Technologies, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all such owners:
   BlackRock, Inc.

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ✔ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ✔ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 24 day of November , 2025 .

s/ John H. Tucker
Signature

John H. Tucker                    Okla. 9110
Printed Name                      Bar Number

Rhodes Hieronymus Jones Tucker & Gable
Firm Name

P.O. Box 21100
Address

Tulsa                    OK      74121-1100
City                     State   ZIP

918.582.1173             918.592.3390
Phone                    Fax

jtucker@rhodesokla.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on   November 24, 2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Anthony Trupia

I hereby certify that on   November 24, 2025   (Date), I served the same document by

[✓] U.S. Postal Service     [ ] In Person Delivery
[ ] Courier Service     [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

S/ John H. Tucker
Signature