# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>PLAINTIFF,<br><br>V.<br><br>ONVOY, LLC; LEVEL 3 COMMUNICATIONS, LLC; TELNYX LLC; HLV VENTURES, AN UNREGISTERED NEW YORK COMPANY; HERITAGE HARD ASSETS LLC; KYLE PATTON, INDIVIDUALLY AS MANAGER/OFFICER OF HERITAGE HARD ASSETS LLC; REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES LLC; CONFIDENCE FORD OF NORMAN; FORD MOTOR COMPANY; LP OPERATING; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO. 5:25-CV-01134-D |

### DECLARATION OF STACY GRAHAM IN SUPPORT OF DEFENDANT ONVOY LLC'S MOTION TO DISMISS

I, Stacy Graham, of full age, hereby declare:

1. I am employed as Trust & Assurance Policy Director at Inteliquent, Inc. ("Inteliquent"). Inteliquent is a wholly-owned subsidiary of Defendant Onvoy, LLC ("Onvoy").

2. I submit this Declaration in support of Onvoy's Motion to Dismiss. The following facts are true and correct to the best of my knowledge, information, and belief.

3. In my role as Trust & Assurance Policy Director, I have access to Onvoy's call records.

4. Onvoy acts as an intermediate carrier, meaning that Onvoy connects calls from upstream telecommunications providers to downstream telecommunications providers.

5. Consistent with its role as an intermediate carrier, Onvoy did not initiate any calls to Plaintiff Anthony Trupia.

Sworn to under the pains and penalties of perjury, this 26th day of November, 2025.

_____
Stacy Graham