# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

**ANTHONY TRUPIA,**

      Plaintiff(s)

vs.                                                         Case Number:    **25-CIV-1134-D**

**ONVOY, LLC, et al.,**

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

SBC RHC F Norm, L.P., a Texas limited partnership d/b/a Confidence Ford of Norman
_____
[name of party]

who is a (check one)    ☐ PLAINTIFF    ☒ DEFENDANT    in this action, makes the following disclosure:

1.    **Is party a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☒ NO

2.    **Does party have any parent corporations?**

    (Check one)    ☐ YES    ☒ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.    **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☒ NO

    If YES, identify all such owners:

Corporate Disclosure Statement                                    1

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)  ☐ YES  ☑ NO

If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

(Check one)  ☐ YES  ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this __16th__ day of __December__ , 20__25__.

| | |
|---|---|
| **/s/ Jason A. Sansone** | |
| Signature | |
| **Jason A. Sansone** | **30913** |
| Printed Name | Bar Number |
| **Phillips Murrah P.C.** | |
| Firm Name | |
| **424 NW 10th Street, Suite 300** | |
| Address | |
| **Oklahoma City** | **OK**  **73103** |
| City | State  ZIP |
| **405.235.4100** | **405.235.4133** |
| Phone | Fax |
| **jasansone@phillipsmurrah.com** | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on __**December 16, 2025**__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

**Nicholas V. Merkley**
**John H. Tucker**
**Nathan E. Clark**
**Zachary Dean Ludens**

I hereby certify that on __**December 16, 2025**__ (Date), I served the same document by

[X] U.S. Postal Service     [ ] In Person Delivery

[ ] Courier Service     [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):     **Anthony Trupia**
**605 SE 21st Street**
**Oklahoma City, OK  73129**

S/ **Jason A. Sansone**
_____
Signature