# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. CIV-25-1134-D** |
| | ) |
| ONVOY, LLC; LEVEL 3 | ) |
| COMMUNICATIONS, LLC; | ) |
| TELNYX LLC; HLV VENTURES, | ) |
| HERITAGE HARD ASSETS LLC; | ) |
| KYLE PATTON; REAGAN GOLD | ) |
| GROUP, LLC; WORLD HARVEST | ) |
| CHURCH, INC.; SOUTH BAY | ) |
| GALLERIES LLC; CONFIDENCE | ) |
| FORD OF NORMAN; FORD | ) |
| MOTOR COMPANY; LP | ) |
| OPERATING; and DOES 1 through | ) |
| 10, | ) |
| | ) |
| **Defendants.** | ) |

---

## DEFENDANT ONVOY LLC'S
### DISCLOSURE STATEMENT IDENTIFYING
### CONSTITUENTS OF LLC OR PARTNERSHIP

---

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant Onvoy, LLC hereby submits the following Disclosure Statement Identifying Constituents of LLC or Partnership: Onvoy, LLC is a limited liability company with a single member. The member is Onvoy Holdings Inc. Onvoy Holdings Inc. is a Delaware corporation. Sinch AB is the ultimate parent company of Onvoy Holdings Inc. Sinch AB is a publicly traded company, traded on the NASDAQ Stockholm stock exchange. No other publicly

1

held corporation owns 10% or more of the stock in Onvoy, LLC.  Onvoy, LLC reserves the right to amend and/or supplement this disclosure in the future.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Nicholas V. Merkley*
Nicholas ("Nick") V. Merkley, OBA #20284
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
nmerkley@gablelaw.com

Heidi Rasmussen, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Telephone: +1.713.890.5000
heidi.rasmussen@morganlewis.com

Natalie Georges, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
natalie.georges@morganlewis.com

*Attorneys for Onvoy, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025 I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and served on the following via First-Class United States Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

/s/ Nicholas V. Merkley

3

4898-7727-7571, v. 3