**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. CIV-25-1134-D** |
| | ) | |
| ONVOY, LLC; LEVEL 3 | ) | |
| COMMUNICATIONS, LLC; | ) | |
| TELNYX LLC; HLV VENTURES; | ) | |
| HERITAGE HARD ASSETS LLC; | ) | |
| KYLE PATTON; ASSETS LLC; | ) | |
| REAGAN GOLD GROUP, LLC; | ) | |
| WORLD HARVEST CHURCH, INC.; | ) | |
| SOUTH BAY GALLERIES LLC; | ) | |
| CONFIDENCE FORD OF NORMAN; | ) | |
| FORD MOTOR COMPANY; LP | ) | |
| OPERATING; and DOES 1 through | ) | |
| 10, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TELNYX LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant Telnyx LLC hereby submits the following Disclosure Statement Identifying Constituents of LLC or Partnership: Telnyx LLC is a limited liability company with a single member. The member is Telnyx, Inc., a Delaware corporation with its principle place of business in a jurisdiction other than Oklahoma. Telnyx, Inc. is not a publicly traded company. No publicly held corporation owns 10% or more of the stock in Telnyx LLX. Telnyx LLC reserves the right to amend and/or supplement this disclosure in the future.

Dated: December 29, 2025.

Respectfully Submitted,

*s/Brooks A. Richardson*
Brooks A. Richardson, OBA No. 18133
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, Oklahoma 73102
Telephone:    (405) 235-5500
Facsimile:    (405) 235-2875
brichardson@gablelaw.com

**ATTORNEY FOR DEFENDANT TELNYX LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and transmittal to all counsel of record.

I herby certify that on December 29, 2025, I served a copy of the above and foregoing document on the following via Certified U.S. Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

**PLAINTIFF PRO SE**

*/s/ Brooks A. Richardson*
Brooks A. Richardson