**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-1134-D |
| | ) |
| ONVOY, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant LP Operating LLC ("Defendant") discloses that it is a limited liability company organized under the laws of the State of Texas. No publicly held corporation owns 10% or more of Defendant. Defendant's members are as follows: Montgomery J. Lang and Timothy L. Philpot, each of whom are from Texas.

DATED this 29th day of December, 2025.

s/ *Zachary A.P. Oubre*
Zachary A.P. Oubre, OBA # 30666
McAFEE & TAFT A Professional Corporation
Eighth Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK  73102
(405) 235-9621
(405) 228-7334 (fax)
zach.oubre@mcafeetaft.com

***Attorneys for Defendant, LP Operating LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

I also certify that on this 29th day of December 2025, I emailed and mailed via first class mail a copy of the attached document on the following, who is not a participant of the ECF system:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73109
trupiaar@gmail.com
*Pro Se Plaintiff*

s/ Zachary A.P. Oubre

2

65513790_1