Exhibit: A. Call Log

| name | number | tion (seco | date_24h | type | sim_info | country_is | geocoded_location | Column2 |
|---|---|---|---|---|---|---|---|---|
| 13053740501 | 13053740501 | 725 | 2023/08/09 16:03 | INCOMING | | | | BANDWIDTH |
| 13053740501 | 13053740501 | 161 | 2023/08/09 16:18 | INCOMING | | | | BANDWIDTH |
| 13105932366 | 13105932366 | 18 | 2023/08/10 09:06 | INCOMING | | | | LUMEN (FKA CENTURYLINK) |
| 13053740501 | 13053740501 | 170 | 2023/08/10 12:24 | INCOMING | | | | BANDWIDTH |
| 18153731574 | 18153731574 | 47 | 2023/08/10 13:16 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 14057628314 | 14057628314 | 158 | 2023/08/12 15:44 | INCOMING | | | | T-MOBILE USA INC |
| 18002758777 | 18002758777 | 63 | 2023/08/14 12:20 | INCOMING | | | | |
| 18456979175 | 18456979175 | 0 | 2023/08/14 14:09 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15163862626 | 15163862626 | 0 | 2023/08/16 1⁻37 | MISSED CALL | | | | COMMIO, LLC |
| 17622391686 | 17622391686 | 0 | 2023/08/17 15:11 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15617637867 | 15617637867 | 11 | 2023/08/17 13:53 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14423945013 | 14423945013 | 36 | 2023/08/18 07:35 | INCOMING | | | | BRIGHTLINK COMM LLC |
| 16145052321 | 16145052321 | 22 | 2023/08/18 08:27 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19723801600 | 19723801600 | 0 | 2023/08/21 09:34 | MISSED CALL | | | | LUMEN (FKA CENTURYLINK) |
| 15617837749 | 15617837749 | 0 | 2023/08/22 12:51 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 18622548228 | 18622548228 | 0 | 2023/08/23 16:05 | MISSED CALL | | | | PEERLESS NETWORK, LLC |
| 14058450091 | 14058450091 | 174 | 2023/08/24 13:26 | INCOMING | | | | T-MOBILE USA INC |
| 15392091386 | 15392091386 | 0 | 2023/08/25 09:44 | MISSED CALL | | | | COMMIO, LLC |
| 15617281069 | 15617281069 | 0 | 2023/08/25 13:32 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 15617838707 | 15617838707 | 0 | 2023/08/28 10:21 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14054522841 | 14054522841 | 0 | 2023/08/28 11:52 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16467870958 | 16467870958 | 0 | 2023/08/28 11:58 | MISSED CALL | | | | VONAGE HOLDINGS CORPORATION |
| 15392091393 | 15392091393 | 0 | 2023/08/28 12:17 | MISSED CALL | | | | COMMIO, LLC |
| 13462787228 | 13462787228 | 0 | 2023/08/28 12:41 | MISSED CALL | | | | PEERLESS NETWORK, LLC |
| 15803705364 | 15803705364 | 36 | 2023/08/28 14:26 | INCOMING | | | | AT&T |
| 15163862626 | 15163862626 | 6 | 2023/08/28 14:27 | INCOMING | | | | COMMIO, LLC |
| 14058578880 | 14058578880 | 0 | 2023/08/29 08:35 | MISSED CALL | | | | COMCAST |
| 16467870958 | 16467870958 | 5 | 2023/08/29 13:19 | INCOMING | | | | VONAGE HOLDINGS CORPORATION |
| Unknown | Unknown | 17 | 2023/08/29 15:43 | INCOMING | | | | |
| 16162716676 | 16162716676 | 11 | 2023/08/31 16:42 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14056528941 | 14056528941 | 26 | 2023/09/05 15:31 | INCOMING | | | | AT&T |
| 14056528941 | 14056528941 | 15 | 2023/09/05 16:21 | INCOMING | | | | AT&T |
| 14056528941 | 14056528941 | 52 | 2023/09/05 16:38 | INCOMING | | | | AT&T |
| 19185944692 | 19185944692 | 0 | 2023/09/12 09:56 | MISSED CALL | | | | VERIZON |
| 15163862626 | 15163862626 | 0 | 2023/09/19 16:14 | MISSED CALL | | | | COMMIO, LLC |
| 16313500761 | 16313500761 | 0 | 2023/09/20 18:08 | MISSED CALL | | | | PEERLESS NETWORK, LLC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19206393730 | 19206393730 | 0 | 2023/09/20 19:52 | MISSED CALL | | | | NSIGHT TELSERVICES |
| 19206393730 | 19206393730 | 0 | 2023/09/20 19:57 | MISSED CALL | | | | NSIGHT TELSERVICES |
| 18506128314 | 18506128314 | 15 | 2023/09/21 08:26 | INCOMING | | | | TWILIO INTERNATIONAL, INC. |
| 18107346631 | 18107346631 | 10 | 2023/09/21 08:43 | INCOMING | | | | O1 COMMUNICATIONS |
| 16317803315 | 16317803315 | 22 | 2023/09/21 11:51 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14058177433 | 14058177433 | 166 | 2023/09/22 07:56 | INCOMING | | | | BRIGHTLINK COMM LLC |
| 15722735392 | 15722735392 | 154 | 2023/09/23 12:48 | INCOMING | | | | T-MOBILE USA INC |
| 15722735392 | 15722735392 | 50 | 2023/09/23 13:14 | INCOMING | | | | T-MOBILE USA INC |
| 15722735392 | 15722735392 | 11 | 2023/09/23 14:12 | INCOMING | | | | T-MOBILE USA INC |
| 18773313218 | 13773313218 | 0 | 2023/09/28 14:35 | MISSED | Unknown | US | | |
| 18646584643 | 18646584643 | 0 | 2023/09/29 13:28 | MISSED | Unknown | US | South Carolina | SINCH (FKA INTELIQUENT/NEUTRAL |
| 18773313218 | 18773313218 | 0 | 2023/09/29 15:19 | MISSED | Unknown | US | | |
| 18773313218 | 18773313218 | 0 | 2023/09/29 15:22 | MISSED | Unknown | US | | |
| 14694148125 | 14694148125 | 0 | 2023/10/06 14:38 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19187666768 | 19187666768 | 51 | 2023/10/08 01:14 | INCOMING | | | | AT&T |
| 19722193677 | 19722193677 | 137 | 2023/10/09 08:59 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 13215219077 | 13215219077 | 0 | 2023/10/09 11:07 | MISSED CALL | | | | PEERLESS NETWORK, LLC |
| 14694148125 | 14694148125 | 34 | 2023/10/09 15:32 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19407031857 | 19407031857 | 92 | 2023/10/10 10:17 | INCOMING | | | | AT&T |
| 19407031857 | 19407031857 | 183 | 2023/10/10 11:28 | INCOMING | | | | AT&T |
| 19407031857 | 19407031857 | 177 | 2023/10/10 13:36 | INCOMING | | | | AT&T |
| 13252087989 | 13252087989 | 10 | 2023/10/10 14:49 | INCOMING | | | | COMMIO, LLC |
| 14052679524 | 14052679524 | 80 | 2023/10/11 08:56 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 14697277390 | 14697277390 | 0 | 2023/10/11 14:27 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 14697277390 | 14697277390 | 0 | 2023/10/11 14:27 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 18889255913 | 18889255913 | 25 | 2023/10/12 08:16 | INCOMING | | | | |
| 15168015930 | 15168015930 | 11 | 2023/10/12 10:43 | INCOMING | | | | CABLEVISION LIGHTPATH, LLC |
| 12136990463 | 12136990463 | 11 | 2023/10/12 14:11 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 19542281128 | 19542281128 | 0 | 2023/10/13 11:51 | MISSED CALL | | | | PEERLESS NETWORK, LLC |
| 13175488613 | 13175488613 | 11 | 2023/10/13 14:55 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 14055839988 | 14055839988 | 46 | 2023/10/14 09:42 | INCOMING | | | | TWILIO INTERNATIONAL, INC. |
| 14058565256 | 14058565256 | 116 | 2023/10/15 10:38 | INCOMING | | | | T-MOBILE USA INC |
| 14058565256 | 14058565256 | 0 | 2023/10/15 10:42 | MISSED CALL | | | | T-MOBILE USA INC |
| 14058565256 | 14058565256 | 38 | 2023/10/15 10:43 | INCOMING | | | | T-MOBILE USA INC |
| 15593140770 | 15593140770 | 11 | 2023/10/16 13:15 | INCOMING | | | | O1 COMMUNICATIONS |
| 14054522568 | 14054522568 | 0 | 2023/10/17 08:06 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16182169249 | 16182169249 | 11 | 2023/10/17 11:51 | INCOMING | | | | PEERLESS NETWORK, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 19792436038 | 19792436038 | 0 | 2023/10/18 09:46 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 17083124109 | 17083124109 | 0 | 2023/10/18 16:20 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14697277390 | 14697277390 | 0 | 2023/10/19 09:46 | MISSED CALL | TWILIO INTERNATIONAL, INC. |
| 13123003859 | 13123003859 | 16 | 2023/10/19 13:50 | INCOMING | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15169633070 | 15169633070 | 24 | 2023/10/19 14:58 | INCOMING | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12134478978 | 12134478978 | 165 | 2023/10/24 13:13 | INCOMING | AT&T |
| 15168663209 | 15168663209 | 12 | 2023/10/24 13:55 | INCOMING | VONAGE HOLDINGS CORPORATION |
| 17027024287 | 17027024287 | 12 | 2023/10/24 14:26 | INCOMING | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19548860355 | 19548860355 | 17 | 2023/10/24 15:18 | INCOMING | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15169271052 | 15169271052 | 11 | 2023/10/24 15:30 | INCOMING | CABLEVISION LIGHTPATH, LLC |
| 19187666768 | 19187666768 | 0 | 2023/10/24 20:52 | MISSED CALL | AT&T |
| 14697277390 | 14697277390 | 15 | 2023/10/25 12:39 | INCOMING | TWILIO INTERNATIONAL, INC. |
| 19739297995 | 19739297995 | 0 | 2023/10/25 13:59 | MISSED CALL | TWILIO INTERNATIONAL, INC. |
| 15392305832 | 15392305832 | 53 | 2023/10/26 10:13 | INCOMING | PEERLESS NETWORK, LLC |
| 14054463180 | 14054463180 | 147 | 2023/10/30 09:10 | INCOMING | VERIZON |
| 14054463180 | 14054463180 | 57 | 2023/10/31 08:45 | INCOMING | VERIZON |
| 14697277390 | 14697277390 | 15 | 2023/10/31 09:26 | INCOMING | TWILIO INTERNATIONAL, INC. |
| 19562900400 | 19562900400 | 0 | 2023/11/01 12:14 | MISSED CALL | AT&T |
| 14058565256 | 14058565256 | 35 | 2023/11/01 17:41 | INCOMING | T-MOBILE USA INC |
| * Reagan Gold Group | 13104244206 | 80 | 2023/11/03 08:46 | INCOMING | LUMEN (FKA CENTURYLINK) |
| 14056028811 | 14056028811 | 68 | 2023/11/03 09:55 | INCOMING | AT&T |
| 14697277390 | 14697277390 | 60 | 2023/11/03 10:24 | INCOMING | TWILIO INTERNATIONAL, INC. |
| 14056028811 | 14056028811 | 539 | 2023/11/04 10:36 | INCOMING | AT&T |
| 14059968987 | 14059968987 | 0 | 2023/11/06 08:33 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14059968987 | 14059968987 | 5 | 2023/11/06 08:37 | INCOMING | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14056028811 | 14056028811 | 73 | 2023/11/06 11:34 | INCOMING | AT&T |
| 19739297995 | 19739297995 | 54 | 2023/11/06 13:23 | INCOMING | TWILIO INTERNATIONAL, INC. |
| 14057084274 | 14057084274 | 26 | 2023/11/06 15:09 | INCOMING | TWILIO INTERNATIONAL, INC. |
| 14057084274 | 14057084274 | 0 | 2023/11/07 09:04 | MISSED CALL | TWILIO INTERNATIONAL, INC. |
| 12039049229 | 12039049229 | 0 | 2023/11/07 12:16 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14052532545 | 14052532545 | 0 | 2023/11/07 12:19 | MISSED CALL | VERIZON |
| 12039049217 | 12039049217 | 0 | 2023/11/07 13:05 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049230 | 12039049230 | 0 | 2023/11/07 14:07 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049221 | 12039049221 | 0 | 2023/11/07 15:54 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049225 | 12039049225 | 0 | 2023/11/07 16:31 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049231 | 12039049231 | 0 | 2023/11/07 16:57 | MISSED CALL | SINCH (FKA INTELIQUENT/NEUTRAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12039049231 | 12039049231 | 0 | 2023/11/07 17:18 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049228 | 12039049228 | 0 | 2023/11/07 17:36 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 12039049224 | 12039049224 | 0 | 2023/11/07 17:46 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19732998989 | 19732998989 | 0 | 2023/11/08 12:39 | MISSED CALL | | | | BANDWIDTH |
| 12109392128 | 12109392128 | 11 | 2023/11/08 13:23 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 18004971559 | 18004971559 | 0 | 2023/11/08 16:38 | MISSED CALL | | | | |
| 14057084274 | 14057084274 | 0 | 2023/11/09 09:34 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 12025390987 | 12025390987 | 0 | 2023/11/09 10:04 | MISSED CALL | | | | BANDWIDTH |
| 15392123650 | 15392123650 | 0 | 2023/11/09 13:16 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 18382140313 | 18382140313 | 0 | 2023/11/10 09:13 | MISSED CALL | | | | RIGHT CALL LLC |
| 13216674953 | 13216674953 | 0 | 2023/11/10 15:18 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14697591827 | 14697591827 | 0 | 2023/11/11 21:27 | MISSED CALL | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14697591827 | 14697591827 | 25 | 2023/11/11 21:30 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19187666768 | 19187666768 | 0 | 2023/11/12 12:18 | MISSED CALL | | | | AT&T |
| 14058565256 | 14058565256 | 0 | 2023/11/12 15:06 | MISSED CALL | | | | T-MOBILE USA INC |
| 14057084274 | 14057084274 | 0 | 2023/11/13 09:51 | MISSED CALL | | | | TWILIO INTERNATIONAL, INC. |
| 17653001754 | 17653001754 | 11 | 2023/11/15 15:23 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 14134151241 | 14134151241 | 21 | 2023/11/17 12:47 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14052611737 | 14052611737 | 61 | 2023/11/20 08:35 | INCOMING | | | | PEERLESS NETWORK, LLC |
| 17152172624 | 17152172624 | 159 | 2023/11/20 08:47 | INCOMING | | | | INTEGRATED PATH COMMUNICATIONS |
| 13053740501 | 13053740501 | 153 | 2023/11/20 10:21 | INCOMING | | | | BANDWIDTH |
| * HLV Ventures | 16317803303 | 139 | 2023/11/20 11:27 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 17144883006 | 17144883006 | 232 | 2023/11/20 12:38 | INCOMING | | | | T-MOBILE USA INC |
| 14057084274 | 14057084274 | 122 | 2023/11/20 12:54 | INCOMING | | | | TWILIO INTERNATIONAL, INC. |
| 12153831319 | 12153831319 | 31 | 2023/11/20 14:00 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 13322229883 | 13322229883 | 19 | 2023/11/20 16:14 | INCOMING | | | | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14052495965 | 14052495965 | 0 | 2023/11/20 16:57 | MISSED CALL | | | | AT&T |
| Brent Windsor | 14054134663 | 0 | 2024/01/17 14:22 | MISSED | Unknown | US | Oklahoma | VERIZON |
| 18777708125 | 18777708125 | 0 | 2024/01/17 18:56 | MISSED | Unknown | US | | |
| 19418889514 | 19418889514 | 0 | 2024/01/18 10:28 | MISSED | Unknown | US | Florida | PEERLESS NETWORK, LLC |
| 19787763330 | 19787763330 | 0 | 2024/01/18 21:46 | MISSED | Unknown | US | Massachusetts | TWILIO INTERNATIONAL, INC. |
| 19787763330 | 19787763330 | 0 | 2024/01/18 21:46 | MISSED | Unknown | US | Massachusetts | TWILIO INTERNATIONAL, INC. |
| 18006645463 | 18006645463 | 0 | 2024/01/19 17:11 | MISSED | Unknown | US | | |
| * World Harvest Church | 16149928245 | 0 | 2024/01/19 18:41 | MISSED | Unknown | US | Ohio | SINCH (FKA INTELIQUENT/NEUTRAL |
| 18888968180 | 18888968180 | 0 | 2024/01/23 09:23 | MISSED | Unknown | US | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| * World Harvest Church (I think, unsure) | 18777708125 | 24 | 2024/01/23 12:23 | INCOMING | Unknown | US | | |
| 14054738093 | 14054738093 | 31 | 2024/01/23 14:36 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| * World Harvest Church | 16149677013 | 0 | 2024/01/24 09:31 | MISSED | SIM 2 | US | Ohio | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15619227291 | 15619227291 | 0 | 2024/01/24 11:02 | MISSED | SIM 2 | US | Florida | LUMEN (FKA CENTURYLINK) |
| 18777708125 | 18777708125 | 27 | 2024/01/24 15:34 | INCOMING | SIM 2 | US | | |
| Brent Windsor | 14054134663 | 53 | 2024/01/24 15:52 | INCOMING | SIM 2 | US | Oklahoma | VERIZON |
| Brent Windsor | 14054134663 | 92 | 2024/01/24 15:56 | INCOMING | SIM 2 | US | Oklahoma | VERIZON |
| * World Harvest Church | 16149645608 | 0 | 2024/01/25 09:56 | MISSED | SIM 2 | US | Ohio | SINCH (FKA INTELIQUENT/NEUTRAL |
| 18777708125 | 18777708125 | 28 | 2024/01/25 15:10 | INCOMING | SIM 2 | US | | |
| 14056587288 | 14056587288 | 18 | 2024/01/25 16:59 | INCOMING | SIM 2 | US | Oklahoma | VERIZON |
| * Spam Pasteur Rod Parsley | 18888968187 | 173 | 2024/01/26 09:09 | INCOMING | SIM 2 | US | | |
| * Spam Pasteur Rod Parsley | 18888968187 | 0 | 2024/01/26 09:12 | OUTGOING | SIM 2 | US | | |
| 14054738093 | 14054738093 | 18 | 2024/01/29 16:12 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14054133418 | 14054133418 | 123 | 2024/01/29 16:15 | INCOMING | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| 14054133418 | 14054133418 | 10 | 2024/01/29 17:06 | INCOMING | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| Brent Windsor | 14054134663 | 77 | 2024/01/29 18:52 | INCOMING | SIM 2 | US | Oklahoma | VERIZON |
| 18002729741 | 18002729741 | 19 | 2024/02/01 10:41 | INCOMING | SIM 2 | US | | |
| 8004246423 | 8004246423 | 0 | 2024/02/02 17:32 | MISSED | SIM 2 | US | | |
| 8004246423 | 8004246423 | 0 | 2024/02/02 17:33 | MISSED | SIM 2 | US | | |
| 14054352202 | 14054352202 | 0 | 2024/02/03 16:28 | MISSED | SIM 2 | US | Oklahoma | VERIZON |
| 18448762082 | 18448762082 | 150 | 2024/02/05 16:41 | INCOMING | SIM 2 | US | | |
| 16184185737 | 16184185737 | 40 | 2024/02/07 12:12 | INCOMING | SIM 2 | US | Illinois | BANDWIDTH |
| 17754568072 | 17754568072 | 51 | 2024/02/07 14:21 | INCOMING | SIM 2 | US | Nevada | BANDWIDTH |
| * Heritage Hard Assets | 15619419685 | 300 | 2024/02/07 14:52 | INCOMING | SIM 2 | US | Florida | TELNYX LLC |
| 19288137691 | 19288137691 | 49 | 2024/02/08 12:42 | INCOMING | SIM 2 | US | Arizona | BANDWIDTH |
| * Kyle Patton | 19543338968 | 152 | 2024/02/08 12:52 | INCOMING | SIM 2 | US | Florida | VONAGE HOLDINGS CORPORATION |
| 19549896333 | 19549896333 | 148 | 2024/02/08 14:12 | INCOMING | SIM 2 | US | Hollywood, FL | SINCH (FKA INTELIQUENT/NEUTRAL |
| * Kyle Patton | 19543338968 | 0 | 2024/02/11 19:54 | OUTGOING | SIM 2 | US | Florida | VONAGE HOLDINGS CORPORATION |
| 16015762501 | 16015762501 | 0 | 2024/02/12 11:19 | MISSED | SIM 2 | US | Mississippi | AT&T |
| 15615109953 | 15615109953 | 0 | 2024/02/13 08:42 | MISSED | SIM 2 | US | Florida | COMMIO, LLC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14024713801 | 14024713801 | 0 | 2024/02/13 13:47 | MISSED | SIM 2 | US | Lincoln, NE | ALLO COMMS, LLC |
| 14024713801 | 14024713801 | 0 | 2024/02/13 13:48 | MISSED | SIM 2 | US | Lincoln, NE | ALLO COMMS, LLC |
| 18448762082 | 18448762082 | 76 | 2024/02/15 14:15 | INCOMING | SIM 2 | US | | |
| 17245468381 | 17245468381 | 0 | 2024/02/16 12:40 | MISSED | SIM 2 | US | Pennsylvania | SINCH (FKA INTELIQUENT/NEUTRAL |
| * South Bay Galleries, Spam | 14053897569 | 250 | 2024/02/16 16:10 | INCOMING | SIM 2 | US | Oklahoma | SINCH (FKA INTELIQUENT/NEUTRAL |
| * South Bay Galleries, Spam | 14053897569 | 0 | 2024/02/16 17:30 | OUTGOING | SIM 2 | US | Oklahoma | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16782876653 | 16782876653 | 47 | 2024/02/16 18:10 | INCOMING | SIM 2 | US | Georgia | T-MOBILE USA INC |
| 16782876653 | 16782876653 | 12 | 2024/02/16 18:10 | INCOMING | SIM 2 | US | Georgia | T-MOBILE USA INC |
| 16782876653 | 16782876653 | 249 | 2024/02/16 18:12 | INCOMING | SIM 2 | US | Georgia | T-MOBILE USA INC |
| 16292062528 | 16292062528 | 37 | 2024/02/19 13:29 | INCOMING | SIM 2 | US | Tennessee | SINCH (FKA INTELIQUENT/NEUTRAL |
| 18448762082 | 18448762082 | 0 | 2024/02/20 16:06 | MISSED | SIM 2 | US | | |
| 14052677913 | 14052677913 | 0 | 2024/02/21 08:02 | MISSED | SIM 2 | US | Oklahoma | BRIGHTLINK COMM LLC |
| 14054822495 | 14054822495 | 32 | 2024/02/21 16:51 | INCOMING | SIM 2 | US | Oklahoma | VERIZON |
| 16512963353 | 16512963353 | 0 | 2024/02/23 15:00 | MISSED | SIM 2 | US | Saint Paul, MN | BANDWIDTH |
| 17145058958 | 17145058958 | 0 | 2024/02/24 15:33 | REJECTED | SIM 2 | US | Tustin, CA | TELNYX LLC |
| 14752676591 | 14752676591 | 0 | 2024/02/26 18:23 | MISSED | SIM 2 | US | Connecticut | TWILIO INTERNATIONAL, INC. |
| 17145058958 | 17145058958 | 0 | 2024/02/27 11:50 | REJECTED | SIM 2 | US | Tustin, CA | TELNYX LLC |
| Roy Thurston | 14054014577 | 0 | 2024/02/27 16:38 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| Roy Thurston | 14054014577 | 112 | 2024/02/27 16:39 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 13312824042 | 13312824042 | 0 | 2024/02/28 11:35 | MISSED | SIM 2 | US | Illinois | SINCH (FKA INTELIQUENT/NEUTRAL |
| 17145058958 | 17145058958 | 122 | 2024/02/28 18:44 | INCOMING | SIM 2 | US | Tustin, CA | TELNYX LLC |
| 18555771727 | 18555771727 | 0 | 2024/03/05 12:51 | MISSED | SIM 2 | US | | |
| 14056779439 | 14056779439 | 0 | 2024/03/06 14:09 | REJECTED | SIM 2 | US | Oklahoma City, OK | AT&T |
| 14056779439 | 14056779439 | 0 | 2024/03/06 18:07 | REJECTED | SIM 2 | US | Oklahoma City, OK | AT&T |
| 17186494368 | 17186494368 | 0 | 2024/03/07 15:07 | MISSED | SIM 2 | US | Brooklyn, NY | VERIZON |
| 14058152001 | 14058152001 | 0 | 2024/03/08 12:13 | MISSED | SIM 2 | US | Oklahoma | VERIZON |
| Spam silence Onvoy | 15616542468 | 30 | 2024/03/08 13:52 | INCOMING | SIM 2 | US | Florida | SINCH (FKA INTELIQUENT/NEUTRAL |
| Likely Spam Puresourcebeverages.Com | 19492457727 | 86 | 2024/03/12 12:13 | INCOMING | SIM 2 | US | California | BANDWIDTH |
| Likely Spam Puresourcebeverages.Com | 19495491665 | 17 | 2024/03/12 12:51 | INCOMING | SIM 2 | US | California | BANDWIDTH |
| 15186468874 | 15186468874 | 16 | 2024/03/14 09:30 | INCOMING | SIM 2 | US | New York | BRIGHTLINK COMM LLC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Spam Ghost dial | 13312823967 | 30 | 2024/03/18 09:56 | INCOMING | SIM 2 | US | Illinois | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14058962120 | 14058962120 | 383 | 2024/03/18 14:34 | INCOMING | SIM 2 | US | Oklahoma | COMCAST |
| 14058962121 | 14058962121 | 53 | 2024/03/18 15:35 | INCOMING | SIM 2 | US | Oklahoma | COMCAST |
| 14058962120 | 14058962120 | 399 | 2024/03/20 16:15 | INCOMING | SIM 2 | US | Oklahoma | COMCAST |
| 13105932358 | 13105932358 | 14 | 2024/03/25 13:00 | INCOMING | SIM 2 | US | California | LUMEN (FKA CENTURYLINK) |
| 14057963680 | 14057963680 | 0 | 2024/03/25 14:38 | MISSED | SIM 2 | US | Oklahoma | TWILIO INTERNATIONAL, INC. |
| 19162363169 | 19162363169 | 0 | 2024/03/25 15:03 | MISSED | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19162363169 | 19162363169 | 245 | 2024/03/25 15:19 | INCOMING | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19162363169 | 19162363169 | 111 | 2024/03/25 15:45 | INCOMING | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19162363169 | 19162363169 | 0 | 2024/03/25 17:57 | MISSED | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16512401640 | 16512401640 | 55 | 2024/03/26 14:44 | INCOMING | SIM 2 | US | Minnesota | TWILIO INTERNATIONAL, INC. |
| 17186919252 | 17186919252 | 0 | 2024/04/08 16:37 | MISSED | SIM 2 | US | New York | BRIGHTLINK COMM LLC |
| 14058962120 | 14058962120 | 0 | 2024/04/10 17:32 | MISSED | SIM 2 | US | Oklahoma | COMCAST |
| 19723801600 | 19723801600 | 0 | 2024/04/12 10:37 | MISSED | SIM 2 | US | Texas | LUMEN (FKA CENTURYLINK) |
| 16082378789 | 16082378789 | 263 | 2024/04/14 16:09 | INCOMING | SIM 2 | US | Madison, WI | AT&T |
| 15852103957 | 15852103957 | 0 | 2024/04/15 10:32 | MISSED | SIM 2 | US | New York | BANDWIDTH |
| 15852103957 | 15852103957 | 0 | 2024/04/16 09:30 | MISSED | SIM 2 | US | New York | BANDWIDTH |
| 5.26645E+11 | 5.26645E+11 | 13 | 2024/04/17 09:18 | INCOMING | SIM 2 | US | Mexico | |
| 16082378789 | 16082378789 | 0 | 2024/04/17 14:01 | MISSED | SIM 2 | US | Madison, WI | AT&T |
| 12813004857 | 12813004857 | 0 | 2024/04/17 14:08 | MISSED | SIM 2 | US | Texas | VERIZON |
| 13216095907 | 13216095907 | 0 | 2024/04/17 15:49 | MISSED | SIM 2 | US | Florida | BANDWIDTH |
| 12813004857 | 12813004857 | 0 | 2024/04/18 18:40 | MISSED | SIM 2 | US | Texas | VERIZON |
| 16082378780 | 16082378780 | 45 | 2024/04/24 13:57 | INCOMING | SIM 2 | US | Madison, WI | AT&T |
| 14055225050 | 14055225050 | 0 | 2024/04/24 15:49 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 14058962120 | 14058962120 | 28 | 2024/04/24 17:03 | INCOMING | SIM 2 | US | Oklahoma | COMCAST |
| 15852861308 | 15852861308 | 61 | 2024/04/29 10:59 | INCOMING | SIM 2 | US | New York | LUMEN (FKA CENTURYLINK) |
| Steve Francis | 14247509525 | 0 | 2024/04/30 13:28 | MISSED | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| * Confidence Ford of Norman | 14052170169 | 0 | 2024/05/01 12:35 | MISSED | SIM 2 | US | Norman, OK | PEERLESS NETWORK, LLC |
| 12107163071 | 12107163071 | 68 | 2024/05/02 13:38 | INCOMING | SIM 2 | US | San Antonio, TX | VERIZON |
| 12107163071 | 12107163071 | 11 | 2024/05/02 13:40 | INCOMING | SIM 2 | US | San Antonio, TX | VERIZON |
| 12107163071 | 12107163071 | 0 | 2024/05/02 13:40 | REJECTED | SIM 2 | US | San Antonio, TX | VERIZON |
| 17205388515 | 17205388515 | 0 | 2024/05/03 10:38 | MISSED | SIM 2 | US | Colorado | SINCH (FKA INTELIQUENT/NEUTRAL |
| Onvoy Snowshoe | 15059296078 | 0 | 2024/05/03 13:56 | MISSED | SIM 2 | US | New Mexico | O1 COMMUNICATIONS |
| * Pinnacle Precious Metals Spam | 13312824038 | 0 | 2024/05/13 08:42 | MISSED | SIM 2 | US | Illinois | SINCH (FKA INTELIQUENT/NEUTRAL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17282034245 | 17282034245 | 0 | 2024/05/13 16:54 | MISSED | SIM 2 | US | | SINCH (FKA INTELIQUENT/NEUTRAL |
| * Paul Edwards Global Equity Group Spam Kms | 19494815238 | 105 | 2024/05/14 16:26 | INCOMING | SIM 2 | US | California | COMCAST |
| 14055836800 | 14055836800 | 12 | 2024/05/14 16:38 | INCOMING | SIM 2 | US | Oklahoma | TWILIO INTERNATIONAL, INC. |
| 14055836800 | 14055836800 | 10 | 2024/05/14 16:47 | INCOMING | SIM 2 | US | Oklahoma | TWILIO INTERNATIONAL, INC. |
| 14055836800 | 14055836800 | 45 | 2024/05/14 16:49 | INCOMING | SIM 2 | US | Oklahoma | TWILIO INTERNATIONAL, INC. |
| 14242803696 | 14242803696 | 0 | 2024/05/14 18:51 | MISSED | SIM 2 | US | California | BANDWIDTH |
| 12133763806 | 12133763806 | 0 | 2024/05/14 18:55 | MISSED | SIM 2 | US | Los Angeles, CA | TWILIO INTERNATIONAL, INC. |
| 16195351090 | 16195351090 | 0 | 2024/05/15 11:49 | MISSED | SIM 2 | US | California | LUMEN (FKA CENTURYLINK) |
| 16195351090 | 16195351090 | 0 | 2024/05/15 12:09 | MISSED | SIM 2 | US | California | LUMEN (FKA CENTURYLINK) |
| 19189073049 | 19189073049 | 0 | 2024/05/19 12:31 | MISSED | SIM 2 | US | Oklahoma | VERIZON |
| 18038893167 | 18038893167 | 0 | 2024/05/21 13:03 | MISSED | SIM 2 | US | South Carolina | PEERLESS NETWORK, LLC |
| 13122857447 | 13122857447 | 0 | 2024/05/22 10:16 | MISSED | SIM 2 | US | Chicago, IL | VERIZON |
| 13122857447 | 13122857447 | 114 | 2024/05/22 10:29 | INCOMING | SIM 2 | US | Chicago, IL | VERIZON |
| 13122857447 | 13122857447 | 0 | 2024/05/22 10:55 | MISSED | SIM 2 | US | Chicago, IL | VERIZON |
| 19497126058 | 19497126058 | 0 | 2024/05/22 16:59 | MISSED | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 15803082296 | 15803082296 | 0 | 2024/05/22 17:28 | MISSED | SIM 2 | US | Oklahoma | PEERLESS NETWORK, LLC |
| 19497126055 | 19497126055 | 3 | 2024/05/23 17:47 | INCOMING | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16316744976 | 16316744976 | 0 | 2024/05/24 13:18 | MISSED | SIM 2 | US | New York | SINCH (FKA INTELIQUENT/NEUTRAL |
| 19412137982 | 19412137982 | 0 | 2024/05/26 12:26 | MISSED | SIM 2 | US | Florida | TWILIO INTERNATIONAL, INC. |
| 19412137982 | 19412137982 | 0 | 2024/05/26 12:30 | INCOMING | SIM 2 | US | Florida | TWILIO INTERNATIONAL, INC. |
| 19412137982 | 19412137982 | 54 | 2024/05/26 12:45 | INCOMING | SIM 2 | US | Florida | TWILIO INTERNATIONAL, INC. |
| 14057131539 | 14057131539 | 0 | 2024/05/28 08:21 | MISSED | SIM 2 | US | Oklahoma City, OK | COMCAST |
| Spam Fake Survey For Hs | 19497126056 | 279 | 2024/05/28 14:26 | INCOMING | SIM 2 | US | California | SINCH (FKA INTELIQUENT/NEUTRAL |
| Spam Medsmart? | 19493962370 | 44 | 2024/05/30 13:02 | INCOMING | SIM 2 | US | California | BANDWIDTH |
| Spam Medsmart? | 19493962370 | 256 | 2024/05/30 13:03 | INCOMING | SIM 2 | US | California | BANDWIDTH |
| Spam Survey Medsmart? | 17252887223 | 0 | 2024/05/30 14:00 | INCOMING | SIM 2 | US | Nevada | O1 COMMUNICATIONS |
| Spam Medsmart? | 18888538973 | 31 | 2024/05/30 15:33 | INCOMING | SIM 2 | US | | |
| 16316744976 | 16316744976 | 131 | 2024/05/31 09:19 | INCOMING | SIM 2 | US | New York | SINCH (FKA INTELIQUENT/NEUTRAL |
| Spam Survey MVPsuper.Com | 18336877873 | 87 | 2024/05/31 12:09 | INCOMING | SIM 2 | US | | |
| Spam Medsmart? | 18888538973 | 0 | 2024/05/31 13:26 | MISSED | SIM 2 | US | | |
| 17252889071 | 17252889071 | 0 | 2024/05/31 14:12 | MISSED | SIM 2 | US | Nevada | O1 COMMUNICATIONS |
| 14052971132 | 14052971132 | 0 | 2024/06/03 10:41 | MISSED | SIM 2 | US | Oklahoma City, OK | AT&T |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Spam Medsmart? | 18888538973 | 0 | 2024/06/03 16:13 | MISSED | SIM 2 | US | | |
| 12126710715 | 12126710715 | 19 | 2024/06/04 12:01 | INCOMING | SIM 2 | US | New York, NY | AT&T |
| Spam Medsmart? | 18888538973 | 0 | 2024/06/04 15:51 | MISSED | SIM 2 | US | | |
| Spam Disconnected | 19723324433 | 0 | 2024/06/05 10:42 | MISSED | SIM 2 | US | Texas | LUMEN (FKA CENTURYLINK) |
| 19726348023 | 19726348023 | 0 | 2024/06/05 11:42 | MISSED | SIM 2 | US | Texas | SINCH (FKA INTELIQUENT/NEUTRAL |
| Spam Medsmart? | 18888538973 | 0 | 2024/06/05 12:34 | MISSED | SIM 2 | US | | |
| * Spam Nationalcoingroup. Org | 14059994611 | 69 | 2024/06/05 12:46 | INCOMING | SIM 2 | US | Oklahoma | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14055839472 | 14055839472 | 37 | 2024/06/05 13:50 | INCOMING | SIM 2 | US | Oklahoma | SINCH (FKA INTELIQUENT/NEUTRAL |
| 16892192503 | 16892192503 | 312 | 2024/06/06 09:42 | INCOMING | SIM 2 | US | Florida | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14058351995 | 14058351995 | 14 | 2024/06/07 10:44 | INCOMING | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| 16316744976 | 16316744976 | 94 | 2024/06/07 12:12 | INCOMING | SIM 2 | US | New York | SINCH (FKA INTELIQUENT/NEUTRAL |
| Jonathan Hall | 14056754310 | 13 | 2024/06/07 13:26 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14052741600 | 14052741600 | 28 | 2024/06/07 13:50 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14056528941 | 14056528941 | 8 | 2024/06/07 15:23 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| Jonathan Hall | 14056754310 | 11 | 2024/06/07 17:06 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14692906364 | 14692906364 | 7 | 2024/06/10 13:47 | INCOMING | SIM 2 | US | Texas | BANDWIDTH |
| Jonathan Hall | 14056754310 | 0 | 2024/06/10 14:23 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 14053282436 | 14053282436 | 11 | 2024/06/11 11:18 | INCOMING | SIM 2 | US | Oklahoma | PEERLESS NETWORK, LLC |
| 14054216564 | 14054216564 | 0 | 2024/06/12 10:01 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 14057757000 | 14057757000 | 157 | 2024/06/12 16:46 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14692833645 | 14692833645 | 17 | 2024/06/13 10:44 | INCOMING | SIM 2 | US | Texas | PEERLESS NETWORK, LLC |
| 14057757000 | 14057757000 | 0 | 2024/06/14 11:45 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 18882410157 | 18882410157 | 0 | 2024/06/17 15:22 | MISSED | SIM 2 | US | | |
| 14057757000 | 14057757000 | 23 | 2024/06/18 08:24 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14053584431 | 14053584431 | 0 | 2024/06/18 12:30 | MISSED | SIM 2 | US | Oklahoma | TELNYX LLC |
| * Spam Blue Green Energy | 18004635678 | 66 | 2024/06/18 16:35 | INCOMING | SIM 2 | US | | |
| 14053584431 | 14053584431 | 0 | 2024/06/19 12:34 | MISSED | SIM 2 | US | Oklahoma | TELNYX LLC |
| 18555771727 | 18555771727 | 0 | 2024/06/19 13:57 | MISSED | SIM 2 | US | | |
| Spam Stillwater Roofing Scam | 14053381422 | 133 | 2024/06/19 16:25 | INCOMING | SIM 2 | US | Oklahoma | O1 COMMUNICATIONS |
| 18443343879 | 18443343879 | 257 | 2024/06/21 14:51 | INCOMING | SIM 2 | US | | |
| 19185940818 | 19185940818 | 0 | 2024/06/24 13:26 | REJECTED | SIM 2 | US | Tulsa, OK | BANDWIDTH |
| 19185940818 | 19185940818 | 0 | 2024/06/24 13:35 | REJECTED | SIM 2 | US | Tulsa, OK | BANDWIDTH |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15717818001 | 15717818001 | 0 | 2024/06/25 14:07 | MISSED | SIM 2 | US | Virginia | PEERLESS NETWORK, LLC |
| 19737954747 | 19737954747 | 0 | 2024/06/25 15:35 | MISSED | SIM 2 | US | New Jersey | PEERLESS NETWORK, LLC |
| 14055415858 | 14055415858 | 0 | 2024/06/27 15:45 | MISSED | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| * Spam Realta Wealth | 16467365574 | 7 | 2024/06/27 17:02 | INCOMING | SIM 2 | US | New York | VONAGE HOLDINGS CORPORATION |
| * Spam Realta Wealth | 16467365574 | 104 | 2024/06/27 17:04 | OUTGOING | SIM 2 | US | New York | VONAGE HOLDINGS CORPORATION |
| 13105932381 | 13105932381 | 150 | 2024/06/28 12:24 | INCOMING | SIM 2 | US | California | LUMEN (FKA CENTURYLINK) |
| 13105932381 | 13105932381 | 62 | 2024/06/28 12:27 | INCOMING | SIM 2 | US | California | LUMEN (FKA CENTURYLINK) |
| 14053122600 | 14053122600 | 0 | 2024/06/29 18:38 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 14052683446 | 14052683446 | 0 | 2024/06/30 15:38 | MISSED | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| 14053354960 | 14053354960 | 0 | 2024/06/30 15:56 | MISSED | SIM 2 | US | Oklahoma | SINCH (FKA INTELIQUENT/NEUTRAL |
| 14053267255 | 14053267255 | 0 | 2024/06/30 16:22 | MISSED | SIM 2 | US | Oklahoma | AT&T |
| 14055146987 | 14055146987 | 0 | 2024/06/30 19:17 | MISSED | SIM 2 | US | Oklahoma | T-MOBILE USA INC |
| 15612958435 | 15612958435 | 0 | 2024/07/01 08:56 | MISSED | SIM 2 | US | Florida | BANDWIDTH |
| 14053122600 | 14053122600 | 93 | 2024/07/01 11:02 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 14053122600 | 14053122600 | 23 | 2024/07/01 13:59 | INCOMING | SIM 2 | US | Oklahoma | AT&T |
| 15169842152 | 15169842152 | 0 | 2024/07/01 22:16 | REJECTED | SIM 2 | US | New York | T-MOBILE USA INC |
| 15169842152 | 15169842152 | 50 | 2024/07/01 22:23 | INCOMING | SIM 2 | US | New York | T-MOBILE USA INC |
| 14058576437 | 14058576437 | 128 | 2024/07/02 12:45 | INCOMING | SIM 2 | US | Oklahoma | TWILIO INTERNATIONAL, INC. |
| 14052993774 | 14052993774 | 122 | 2024/07/02 16:18 | INCOMING | SIM 2 | US | Oklahoma | O1 COMMUNICATIONS |
| 18443343879 | 18443343879 | 277 | 2024/07/03 16:59 | INCOMING | SIM 2 | US | | |
| Spam Tax Relief Card? | 15672109342 | 60 | 2024/07/05 13:43 | INCOMING | SIM 2 | US | Ohio | PEERLESS NETWORK, LLC |
| 14055547922 | 14055547922 | 0 | 2024/07/10 10:34 | MISSED | SIM 2 | US | Oklahoma | PEERLESS NETWORK, LLC |
| 15615367687 | 15615367687 | 0 | 2024/07/10 11:15 | MISSED | SIM 2 | US | Florida | BANDWIDTH |
| 15615367687 | 15615367687 | 59 | 2024/07/10 11:17 | INCOMING | SIM 2 | US | Florida | BANDWIDTH |
| 15615367687 | 15615367687 | 0 | 2024/07/10 11:18 | MISSED | SIM 2 | US | Florida | BANDWIDTH |
| 15615367687 | 15615367687 | 0 | 2024/07/10 12:25 | REJECTED | SIM 2 | US | Florida | BANDWIDTH |
| 19093047657 | 19093047657 | 0 | 2024/07/15 11:59 | MISSED | SIM 2 | US | California | PEERLESS NETWORK, LLC |
| 15702373132 | 15702373132 | 0 | 2024/07/16 09:17 | MISSED | SIM 2 | US | Pennsylvania | PEERLESS NETWORK, LLC |
| 14052972451 | 14052972451 | 0 | 2024/07/16 15:45 | MISSED | SIM 2 | US | Oklahoma City, OK | COMCAST |
| 14052971301 | 14052971301 | 175 | 2024/07/17 14:38 | INCOMING | SIM 2 | US | Oklahoma City, OK | COMCAST |
| 12127764187 | 12127764187 | 192 | 2024/07/17 15:53 | INCOMING | SIM 2 | US | New York, NY | BANDWIDTH |
| * LP Operating, LLC | 18303319001 | 751 | 2024/07/18 09:54 | INCOMING | SIM 2 | US | Boerne, TX | BANDWIDTH |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Spawn Back Tax Debt relief | 13855502060 | 27 | 2024/07/19 14:24 | INCOMING | SIM 2 | US | Utah | BRIGHTLINK COMM LLC |
| * Spam Blue Green Energy | 18004635678 | 0 | 2024/07/22 16:44 | MISSED | SIM 2 | US | | |
| 16092362193 | 16092362193 | 0 | 2024/07/23 10:36 | MISSED | SIM 2 | US | New Jersey | PEERLESS NETWORK, LLC |
| 14056095000 | 14056095000 | 0 | 2024/07/24 10:25 | MISSED | SIM 2 | US | Oklahoma City, OK | AT&T |
| 14056321848 | 14056321848 | 135 | 2024/07/31 12:53 | INCOMING | SIM 3 | US | Oklahoma City, OK | SINCH (FKA INTELIQUENT/NEUTRAL |