# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CIV-25-1134-D |
| | ) | |
| ONVOY, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF STACY GRAHAM IN SUPPORT OF DEFENDANT
## ONVOY LLC'S MOTION TO DISMISS

I, Stacy Graham, of full age, hereby declare:

1. I am employed as Senior Policy & Compliance Director at Inteliquent, Inc. ("Inteliquent"). Inteliquent is a wholly-owned subsidiary of Defendant Onvoy, LLC ("Onvoy").

2. I submit this Declaration in support of Onvoy's Motion to Dismiss. The following facts are true and correct to the best of my knowledge, information, and belief.

3. In my role as Senior Policy & Compliance Director, I have access to Onvoy's call records.

4. Onvoy acts as an intermediate carrier, meaning that Onvoy connects calls from upstream telecommunications providers to downstream telecommunications providers.

5. Consistent with its role as an intermediate carrier, Onvoy did not initiate any calls to Plaintiff Anthony Trupia.

6. HLV Ventures, World Harvest Church, and South Bay Galleries LLC are not customers of Onvoy, and Onvoy has not provided any of these entities with VoIP services.

**EXHIBIT**
**1**

7. One type of customer that Onvoy provides services to is a wholesale provider. In many, if not most, cases, those wholesale providers themselves have customers that are not visible to Onvoy. It is possible that one of Onvoy's wholesale provider customers serves HLV Ventures, World Harvest Church, or South Bay Galleries LLC but that would not be visible to Onvoy.

Sworn to under the pains and penalties of perjury, this 14th day of May, 2026.

Signed by:

Stacy Graham

F744B71F12FA4AA...

Stacy Graham

2