# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

**May 28, 2026**

ANTHONY TRUPIA,                )
                               )
    Plaintiff,                 )
                               )
v.                             )    Case No. CIV-25-1134-D
                               )
ONVOY, LLC, et al.,            )
                               )
    Defendants.                )

**ENTER ORDER:**

Pursuant to LCvR7.1.1, "[a] party formed as a limited liability company ('LLC') or partnership shall … file a separate 'Disclosure Statement Identifying Constituents of LLC or Partnership,' identifying the LLC's members or the partnership's partners, as applicable." Upon examination of Defendants' disclosure statements, the Court finds that the following statements are incomplete and that additional information is needed.

Level 3 Communications, LLC's disclosure statement [Doc. No. 8] needs to identify its members, as required by LCvR7.1.1.

Confidence Ford of Norman's disclosure statement [Doc. No. 19] needs to identify the partnership's partners.

The disclosure statements filed by South Bay Galleries, LLC [Doc. No. 53], HLV Ventures, LLC [Doc. No. 54], and Reagan Gold Group, LLC [Doc. No. 55] need to identify the members of the LLCs. In their disclosure statements, these parties requested leave from the requirement to disclose their members based on Plaintiff's unspecified "prior hostile and aggressive acts towards opposing parties in similar litigation." At this time, the Court finds that it would be premature to grant relief from LCvR7.1.1, but the Court warns Plaintiff that any aggressive conduct towards opposing parties or counsel will not be tolerated in this case.

Heritage Hard Assets LLC is directed to file a disclosure statement in compliance with LCvR7.1.1.

The Court finds that the remaining disclosure statements are compliant with Fed. R. Civ. P. 7.1 and LCvR7.1.1. For these reasons, Plaintiff's Motion to Strike Defective Disclosure Statements and Compel Compliance with Fed. R. Civ. P. 7.1 and LCvR7.1.1 [Doc. No. 63] is **DENIED** as **MOOT**.

**The deadline to remedy the foregoing issues is June 5, 2026**.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

*Joan Kane, Clerk*

*By:    s/ Jane Eagleston*
*Deputy Clerk*

*Copies to all parties of record*