# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,                             )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Case No. CIV-25-1134-D
                                            )
ONVOY, LLC, et al.,                         )
                                            )
        Defendants.                         )

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Motions to Dismiss and for Leave to File an Oversized Omnibus Brief [Doc. No. 62]. There are currently seven pending motions to dismiss [Doc. Nos. 49, 51, 52, 56, 58, 60, 65]. In the present motion, Plaintiff requests that the Court consolidate his various response deadlines and set one response deadline for 21 days after the motion to dismiss most recently filed by Defendants Heritage Hard Assets LLC and Kyle Patton [Doc. No. 65], filed May 26, 2026.[1] Upon consideration, the motion is **GRANTED in part**. Plaintiff may respond to the above-referenced motions to dismiss [Doc. Nos. 49, 51, 52, 56, 58, 60, 65] on or before June 16, 2026.

However, Plaintiff's request to file a 100-page consolidated response to the pending motions to dismiss is **DENIED**. Plaintiff may respond to each motion to dismiss, keeping within the page limitations set forth in LCvR7.1(e). Given the number of defendants in this

---

[1] Defendants Heritage Hard Assets LLC and Kyle Patton's motion seeking a brief extension to May 26, 2026 [Doc. No. 64] is **DENIED** as **MOOT**, and their motion to dismiss [Doc. No. 65] is deemed timely.

action and Plaintiff's history of aiming allegations at "Defendants" collectively, the Court believes it would be helpful for Plaintiff to respond individually to each Defendant's motion to dismiss.

**IT IS SO ORDERED** this 28th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE