**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ANTHONY TRUPIA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ONVOY, LLC, et al.,**<br><br>**Defendant.** | **Case No. CIV-25-1134-D** |

# AMENDED CORPORATE DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

Defendant South Bay Galleries, LLC states as follows for its disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

South Bay Galleries, LLC is a New York limited liability company with its principal place of business in New York.

South Bay Galleries, LLC, pursuant to Local Rule 7.1.1, identifies Brandon Mendelson as its sole member, a resident of New York.

South Bay Galleries, LLC is not a publicly held entity, is not owned by a publicly held entity, and no publicly held entity has a direct financial interest in the outcome of the litigation.

South Bay Galleries, LLC has no parent corporations and is not a trade association.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Aaron C. Tifft*

Aaron C. Tifft, OBA # 33288
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
521 E. 2nd Street, Suite 1200
Tulsa, Oklahoma 74120
Telephone (918) 594-0400
Facsimile (918) 594-0505
*atifft@hallestill.com*

**ATTORNEYS FOR DEFENDANT, SOUTH BAY GALLERIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants on the ECF System.

I hereby further certify that on June 1, 2026, a true and correct copy of the foregoing document was served on the following via electronic mail and first class, U.S. Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129
*trupiaar@gmail.com*

**PRO SE PLAINTIFF**

*s/ Aaron C. Tifft*