**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff,

v. CASE NO. 5:25-cv-01134-D

ONVOY LLC, LEVEL 3 COMMUNICATIONS, LLC; TELNYX LLC; HLV VENTURES, an unregistered New York company; HERITAGE HARD ASSETS LLC; KYLE PATTON, individually as Manager/Officer of HERITAGE HARD ASSETS LLC; REAGAN GOLD GROUP, LLC; WORLD HARVEST CHURCH, INC.; SOUTH BAY GALLERIES, LLC; CONFIDENCE FORD OF NORMAN; LP OPERATING; and DOCS 1 through 10-, inclusive,

Defendants.
_______________________________________/

**CORPORATE DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC**

Defendant Heritage Hard Assets LLC ("Defendant"), by and through its undersigned counsel of record, hereby files this Corporate Disclosure Statement Identifying Constituents of LLC pursuant to Federal Rule of Civil Procedure 7.1, Local Rule 7.1.1, and this Court's Order (Dkt. 66), and states as follows:

1. Heritage Hard Assets, LLC is a Florida limited liability company with its principal place of business in Florida.

2. Heritage Hard Assets, LLC, pursuant to Local Rule 7.1.1, identifies MJC World Enterprises, whose sole member is Michael Cascone, a resident of Florida, as a 50% member of Heritage Hard Assets, LLC.

3. Heritage Hard Assets, LLC, pursuant to Local Rule 7.1.1, identifies Day One Consulting,

whose sole member is Kyle Patton, a resident of Florida, as a 50% member of Heritage Hard Assets, LLC.

4. Heritage Hard Assets, LLC is not a publicly held entity, is not owned by a publicly held entity, and no publicly held entity has a direct financial interest in the outcome of the litigation.

5. Heritage Hard Assets, LLC has no parent corporations and is not a trade association.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2026, I filed the forgoing document with the Court's CM/ECF system and served it by First Class U.S. Mail and e-mail on the following person, who is not a registered participant of the Electronic Filing System:

Anthony Trupia, 605 SE 21st Street
Oklahoma City, OK 73129
trupiaar@gmail.com

Dated: June 5, 2026

Respectfully submitted,

**SHAW LEWENZ**

By: */s/ Zachary D. Ludens*
Zachary Dean Ludens
W.D. Okla. Bar No. 24-78
110 SE 6th Street, Suite 2900
Fort Lauderdale, FL 33301
Telephone: (954) 361-3633
Email: zludens@shawlewenz.com