**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1134-D |
| | ) | |
| ONVOY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Overlength Individual Responses to Defendants' Motions to Dismiss and to Hold the Response Deadline in Abeyance [Doc. No. 79]. This is Plaintiff's third request related to the length of his responses. In the Court's previous Order [Doc. No. 78], the Court gave Plaintiff two options for responding to Defendants' motions to dismiss [Doc. Nos. 49, 51, 52, 56, 58, 60, 65]. The Court directed Plaintiff to either "file individual responses to each motion, keeping within the 25-page limitation of LCvR7.1(e)," or "file *one* consolidated response, which shall not exceed 85 pages." [Doc. No. 78, at 2]. The Court set a response deadline of July 8, 2026, which was the Court's second time to extend Plaintiff's response deadline for the pending motions to dismiss.

On June 29, 2026, Plaintiff filed the present motion. Plaintiff requests that he be permitted to file a 34-page response to Defendant LP Operating, LLP's motion to dismiss, individual responses to the remaining six motions to dismiss "at the length reasonably

1

necessary to respond to each," and for the Court to hold his response deadline in abeyance. [Doc. No. 79, at 1].

The Court has already extended Plaintiff's deadline to file responses to Defendants' motions to dismiss to June 16, 2026 [Doc. No. 67], and then again to July 8, 2026 [Doc. No. 78]. The Court has also warned Plaintiff that requesting additional pages or other relief on the deadline to file a brief "is improper as such practice almost guarantees that Plaintiff will receive more time to prepare his response(s) without explicitly asking the Court for additional time." *Id.* at 2.

With these considerations in mind, the Court grants the following relief. Plaintiff may file individual responses to each motion to dismiss, and each response **shall not exceed thirty (30) pages**. The Court declines to hold the response deadline in abeyance, but the Court will grant **one final extension** of Plaintiff's response deadline to July 22, 2026.

**<u>The Court will not grant any further relief with respect to Plaintiff's response deadline or page limitations</u>**, and any additional requests made by Plaintiff will not toll Plaintiff's July 22 response deadline.

**IT IS SO ORDERED** this 1st day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2