**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1134-D |
| | ) | |
| ONVOY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On July 1, 2026, the Court entered an Order [Doc. No. 81], denying Plaintiff's

Motion for Leave to File Overlength Individual Responses to Defendants' Motions to

Dismiss and to Hold the Response Deadline in Abeyance [Doc. No. 79]. However, the

Court permitted Plaintiff to file individual responses to each motion to dismiss, not to

exceed 30 pages. [Doc. No. 81, at 2]. The Court also granted one final extension of

Plaintiff's response deadline to July 22, 2026. *Id.* Finally, the Court advised that it would

not grant any further relief with respect to Plaintiff's response deadline or page limitations,

and further warned that any additional requests made by Plaintiff would not toll Plaintiff's

July 22 response deadline. *Id.*

On July 8, 2026, Plaintiff filed an "Objection to the Court's Order of July 1, 2026."

[Doc. No. 82]. Plaintiff also filed seven individual responses to Defendants' motions to

dismiss, all of which were over the 30-page limit set by the Court.[1] In his "objection,"

---

[1] Together, Plaintiff's responses contain 400 pages of argument. *See* Doc. No. 83 (34 pages), Doc.
No. 84 (60 pages), Doc. No. 85 (68 pages), Doc. No. 86 (57 pages), Doc. No. 87 (56 pages), Doc.
No. 88 (56 pages), and Doc. No. 89 (69 pages).

Plaintiff asserts that the Court's Order limiting Plaintiff to seven individual, 30-page responses violates his due process rights under the Fifth Amendment. Upon review of Plaintiff's objection, the Court finds that Plaintiff's objection is wholly without merit and is overruled.

Per the Court's prior Order [Doc. No. 81], **Plaintiff will have until July 22, 2026, to file individual responses to each motion to dismiss, not to exceed 30 pages**.[2] Further, Plaintiff's responses [Doc. Nos. 83 – 89]—none of which comply with the Court's prior Order setting a page limit of 30 pages per response—are hereby **STRICKEN**.

**IT IS SO ORDERED** this 10th day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[2] Again, the Court will not grant any further relief with respect to Plaintiff's response deadline or page limitations, and any additional requests made by Plaintiff will not toll Plaintiff's July 22 response deadline. Further, continued failure to adhere to the Court's case management orders will not be tolerated and may result in appropriate sanctions.