**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1134-D |
| | ) | |
| 1. ONVOY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FORD MOTOR COMPANY'S NOTICE OF PLAINTIFF'S FAILURE TO**
**RESPOND TO ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Ford Motor Company ("Ford"), provides this Court with notice of Plaintiff's failure to respond to its Motion for Summary Judgment, and, again, moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in its favor because no substantial controversy exists as to any material fact and Ford is entitled to judgment as a matter of law. In support of this notice, Ford shows the Court as follows:

1. On June 30, 2026, Ford filed its Motion for Summary Judgment, and certified that a copy was mailed by U.S. Mail to Plaintiff at his address of record with this Court.

2. Plaintiff's response was due on July 21, 2026.

3. Plaintiff has not filed a response and has not requested additional time to do so.

Ford respectfully requests that this Court enter summary judgment because the material facts are now undisputed. LCvR 7.1(g).

1

WHEREFORE, Defendant requests that this Court enter summary judgment against Plaintiff because Plaintiff has failed to controvert any statement of material facts set forth in Defendant's Motion for Summary Judgment.  Ford is therefore entitled to summary judgment as a matter of law.

Respectfully submitted,

By:   *s/ Kathy R. Neal*
Kathy R. Neal, OBA #674
Kirsten A. Pfeiffer, OBA #35711
MCAFEE & TAFT, P.C.
2 West 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:  (918) 587-0000
Facsimile:   (918) 599-9317
kathy.neal@mcafeetaft.com
kirsten.pfeiffer@mcafeetaft.com

**Attorneys for Defendant**
**Ford Motor Company**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System, transmitting a copy to all ECF System registrants, and served a copy via First Class U.S. Mail to the following individual who is not a registered participant of the ECF system:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129
***Pro Se Plaintiff***

Jason A. Sansone
PHILLIPS MURRAH P.C.
424 NW 10th Street, Ste 300
Oklahoma City, OK 73103
jasonsone@phillipsmurrah.com
***Attorney for Defendant,***
***Confidence Ford of Norman***

Zachary A.P. Oubre
MCAFEE & TAFT, P.C.
Eight Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK 73102
Zach.oubre@mcafeetaft.com
***Attorney for Defendant,***
***LP Operating LLC***

Kerry R. Lewis
RHODES, HIERONYMUS, JONES, TUCKER
 & GABLE, PLLC
P.O. Box 21100
Tulsa, OK 74121-1100
klewis@rhodesokla.com
***Attorney for Defendant,***
***Level 3 Communications, LLC***

Aaron C. Tifft
Blake H. Gerow
HALL, ESTILL, HARDWICK, GABLE
 GABLE, GOLDEN & NELSON, P.C.
521 E. 2nd Street, Ste 1200
Tulsa, OK 74120
atifft@hallestill.com
bgerow@hallestill.com
***Attorneys for Defendants,***
***Reagan Gold Group, LLC,***
***HLV Ventures, LLC, and***
***South Bay Galleries, LLC***

Jacob C. Swanson
Brooks A. Richardson
GABLEGOTWALS
BOK Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
jswanson@gablelaw.com
brichardson@gablelaw.com
***Attorney for Defendant,***
***Telnyx LLC***

Gerard M. D'Emilio
GABLEGOTWALS
BOK Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102
gdemilio@gablelaw.com
***Attorney for Defendant,***
***Onvoy, LLC***

*s/ Kathy R. Neal*