**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1134-D |
| | ) | |
| ONVOY, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ONVOY, LLC'S MOTION TO DEEM CONFESSED ITS
RULE 12(B)(2) AND 12(B)(6) MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT AND BRIEF IN SUPPORT [DOC. 58]**

On May 15, 2026, Defendant Onvoy, LLC, moved to dismiss Plaintiff Anthony
Trupia's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) & (b)(6). *See* Doc.
58. After Plaintiff made several requests for extension of time and to file oversized briefs,
the Court granted Plaintiff leave to file individual response briefs no longer than 30 pages
and no later than July 22, 2026. *See* Docs, 81, 90. The Court stated clearly it

> will not grant any further relief with respect to Plaintiff's response deadline
> or page limitations, and any additional requests made by Plaintiff will not
> toll Plaintiff's July 22 response deadline. Further, continued failure to adhere
> to the Court's case management orders will not be tolerated and may result
> in appropriate sanctions.

Doc. 90 at 2 n.2.

As of July 29, 2026—a week after his deadline to respond to Onvoy's motion to
dismiss—Plaintiff has filed no response. LCvR7.1(g) provides that the Court may "deem[]
confessed" "[a]ny motion that is not [timely] opposed." Given the Court's last order, Doc.
90, and directive to Plaintiff that further "failure to adhere to . . . case management orders

will not be tolerated," Onvoy respectfully requests the Court deem its motion to dismiss

(Doc. 58) confessed and dismiss all claims Plaintiff has brought against Onvoy.[1]


Dated: July 29, 2026                    Respectfully submitted,

                                        /s/ Nicholas V. Merkley
                                        Nicholas ("Nick") V. Merkley, OBA No. 20284
                                        Gerard D'Emilio, OBA No. 33496
                                        GABLEGOTWALS
                                        BOK Park Plaza
                                        499 West Sheridan Avenue, Suite 2200
                                        Oklahoma City, Oklahoma 73102
                                        Tel (405) 235-5500 | Fax (405) 235-2875
                                        NMerkley@gablelaw.com
                                        GDemilio@gablelaw.com

                                        and

                                        Heidi Rasmussen, *pro hac vice*
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1000 Louisiana Street, Suite 4000
                                        Houston, TX 77002-5005
                                        Telephone: +1.713.890.5000
                                        heidi.rasmussen@morganlewis.com

                                        Natalie Georges, *pro hac vice*
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        2222 Market Street
                                        Philadelphia, PA 19103-2921

---

[1] While Plaintiff has not responded to Onvoy's motion to dismiss, he did file a 64-page motion for sanctions under 28 U.S.C. § 1927, along with a motion for leave to file this overlength brief, on July 21, 2026. *See* Docs. 91–92. The sanctions motion largely takes issue with Defendants' various dismissal arguments and, in this respect, is yet another oversized response to Onvoy's motion to dismiss filed without the Court's permission. Given Plaintiff's persistent failure to abide the Court's procedural directives, Onvoy would ask the Court to deny or strike Plaintiff's sanctions request outright, to save the parties the time and effort of briefing a motion lacking any merit. If the Court does not strike Plaintiff's motion, Onvoy will file a substantive response in the normal course.

4920-7237-2418, v. 2

Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
natalie.georges@morganlewis.com

**Attorneys for Onvoy, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing and served on the following via First-Class United States Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

/s/ Nicholas V. Merkley
Nicholas ("Nick") V. Merkley

3

4920-7237-2418, v. 2