**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA                        )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        Case No. CIV-25-1134-D
                                      )
ONVOY, LLC, et al.                    )
                                      )
            Defendants.               )

**DEFENDANT LEVEL 3 COMMUNICATIONS, LLC'S**
**MOTION TO DEEM CONFESSED ITS RULE 12(B)(6) MOTION TO DISMISS**

Level 3 Communications, LLC's motion to dismiss [Doc. No. 60] is unopposed and should be granted. Under LCvR7.1(e), a motion that is not timely opposed "may, in the discretion of the court, be deemed confessed." Given Plaintiff's repeated attempts to circumvent the Court's orders regarding the timing and length of his opposition brief, the Court should exercise its discretion and dismiss this action with prejudice.

On May 1, 2026, Plaintiff filed his First Amended Complaint [Doc. No. 48]. On May 15, 2026, Level 3 moved to dismiss the Amended Complaint with prejudice [Doc. No. 60]. Level 3's motion to dismiss was 11 pages in length. The Court previously extended Plaintiff's deadline to respond to Level 3's motion to dismiss to June 16, 2026 [Doc. No. 67], then to July 8, 2026 [Doc. No. 78], and then again to July 22, 2026 [Doc. No. 81]. The Court also permitted Plaintiff to file an oversized, 30-page opposition brief but warned that "[t]he Court will not grant any further relief with respect to Plaintiff's response deadline or page limitations [Doc. No. 81]. In response, on July 8, 2026, Plaintiff filed a 56-page opposition brief [Doc. No. 88], which the Court struck for non-compliance

1

with its prior order [Doc. No. 90]. The Court was again clear and direct: "Plaintiff will have until July 22, 2026, to file individual responses to each motion to dismiss, not to exceed 30 pages" [*id.*].

Plaintiff did not file an opposition to Level 3's motion by July 22, 2026. Instead, Plaintiff devoted his efforts to two different motions for sanctions: a 64-page Motion for Sanctions under 28 U.S.C. § 1927 [Doc. No. 92] and a separate 65-page motion for Rule 11 sanctions he served on Level 3's counsel. And yet again he asked for permission to exceed page limits. [Doc. No. 91]. An exhibit to that motion was a declaration from Plaintiff admitting that he is "unable to comply with" the Court's orders regarding a 30-page opposition brief [Doc. No. 91-3 ¶ 7].

As a result, Level 3's motion to dismiss remains unopposed, and the Court should deem the motion confessed and dismiss this action. LCvR7.1(e).

Counting his previously dismissed lawsuit against Level 3 (*See* Case No. 5:24-cv-00498-J) and his multiple complaints in this lawsuit, Plaintiff has now had three tries to state a claim against Level 3 for TCPA violations from the "Howard Shipp" calls. He has not done so. While Mr. Trupia is to be afforded some latitude as a pro se plaintiff, so too is Level 3 entitled to a degree of finality in this action. *See Quintana v. Marrs*, 2024 WL 3016527 *7 (E.D. Okla. Mar. 14, 2024) (dismissal with prejudice of pro se plaintiff's claim appropriate where "Defendants . . . have had to endure Plaintiff's inapt attempts to continue this litigation.").

Dated: August 7, 2026                    Respectfully submitted,


By:    */s/ John H. Tucker*
       JOHN H. TUCKER, OBA 9110
       jtucker@rhodesokla.com
       RHODES HIERONYMUS JONES TUCKER & GABLE
       P.O. Box 21100
       Tulsa, Oklahoma 74121-1100
       (918) 582-1173; (918) 592-3390 [fax]
       **Attorney for Level 3 Communications, LLC**

       **and**

       Andrew M. Unthank (CO Bar #36832)
       (*Pro hac vice anticipated)*
       Wheeler Trigg O'Donnell LLP
       370 Seventeenth Street, Suite 4500
       Denver, CO 80202-5647
       Telephone:    303.244.1800
       Facsimile:    303.244.1879
       Email: unthank@wtotrial.com
       **Attorneys for Level 3 Communications, LLC**

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on August 7, 2026, I electronically transmitted the above and foregoing to the Plaintiff, Pro Se, via email at his email address, and to the Clerk of the Court using the Court's ECF system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants:

*Plaintiff Pro Se:*
Anthony Trupia                                   trupiaar@gmail.com
605 SE 21st St.
Oklahoma City, OK 73129

*Counsel for Defendants,*
*HLV Ventures, Reagan Gold Group LLC,*
*and South Bay Galleries LLC:*
Mark Banner                                      mbanner@hallestill.com
Aaron C. Tifft                                   atifft@hallestill.com
HALL, ESTILL, HARDWICK, GABLE,
   GOLDEN & NELSON
521 E. 2nd Street, Suite 1200
Tulsa, OK  74120

*Counsel for Defendant Telnyx, LLC:*
Brooks A. Richardson                             brichardson@gablelaw.com
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK  73102

*Counsel for Defendants,*
*Heritage Hard Assets LLC, Kyle Patton,*
*Zachary D. Ludens, and*
*Zebersky Payne Shaw Lewenz, LLP:*
Zachary D. Ludens                                zludens@zpllp.com
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 Southeast 6th Street, Ste. 2900
Fort Lauderdale, FL  33301

4

*Counsel for Defendant, Onvoy, LLC:*
Nicholas V. Merkley                          nmerkley@gablelaw.com
Gerard M. D'Emilio                           gdemilio@gablelaw.com
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK  73102

Heidi Rasmussen                              Heidi.rasmussen@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste 4000
Houston, TX 77002-5005

Ezra D. Church                               ezra.church@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921


                                   */s/ John H. Tucker*

5