IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA,<br><br>Plaintiff,<br><br>v.<br><br>ONVOY, LLC, et al.,<br><br>Defendants. | Civil Action No. CIV-25-1134-D |

**LEVEL 3 COMMUNICATIONS, LLC'S REPLY**
**IN SUPPORT OF ITS MOTION TO DEEM CONFESSED**

Defendant Level 3 Communications, LLC filed its Motion to Dismiss Plaintiff's Amended Complaint on May 15, 2026 [Doc. No. 60]. Since then, Plaintiff has filed hundreds of pages of briefing, including multiple requests for permission to file oversized responses to motions to dismiss filed by Level 3 and others [Doc. Nos. 62, 76, 79]. In each case, the Court denied or limited the extension request [Doc. Nos. 67, 78, 90].

But Plaintiff disregarded those orders and filed two over-long responses to Level 3's Motion which exceeded the relevant page limit [Doc. Nos. 77 and 88]. Each response was stricken by this Court [Doc. Nos. 78 and 90].[1] Plaintiff's stricken responses are "a nullity" with no impact on the case. *See Bunn v. Perdue*, 966 F.3d 1094, 1101 (10th Cir.

[1] Plaintiff also filed an oversized Motion for Sanctions [Doc. No. 92], which he appeared to present as a simultaneous response to the pending motions to dismiss [Doc. No. 95 at 2 n.1]. That filing was also stricken by the Court [Doc. No. 95].



CLASSIFICATION: RESTRICTED

2020). As a result, despite Plaintiff's voluminous briefing, the record lacks any operative response from Plaintiff to Level 3's Motion to Dismiss.

Local Rule 7.1(g) therefore applies.[2] With no response from Plaintiff on the record, the Court is to consider Level 3's Motion to Dismiss on its own merits. *See Issa v. Comp USA*, 354 F.3d 1174, 1177–78 (10th Cir. 2003). As the Motion shows, Plaintiff's third attempt to state a claim against Level 3 for TCPA violations stemming from alleged "Howard Shipp" phone calls suffers the same fate as his earlier attempts. There is no plausible allegation that Level 3 initiated any calls; that Level 3 spoofed any caller ID information; that Level 3 knew the contents of any calls crossing its network; that Level 3 authorized any "John Doe" to make calls on its behalf or controlled the manner and means of the calls; or that Level 3 somehow ratified the "John Doe" calls retroactively.

Plaintiff has failed, multiple times, to state a claim against Level 3. He has failed, multiple times, to respond to Level 3's Motion to Dismiss. Because Level 3's Motion to Dismiss establishes that Plaintiff cannot state a plausible claim for relief against Level 3, Plaintiff's claims against Level 3 should be dismissed with prejudice.

---

[2] Level 3 acknowledges that its Motion to Deem Confessed cited the wrong subsection for this rule. But as Plaintiff understood the operative rule in his response, this error did not prejudice Plaintiff.



CLASSIFICATION: RESTRICTED

Dated: August 26, 2026

Respectfully submitted,

By: */s/ John H. Tucker*

JOHN H. TUCKER, OBA 9110
jtucker@rhodesokla.com
RHODES HIERONYMUS JONES
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
***Attorney for Defendant, Level 3 Communications, LLC***

Andrew M. Unthank (CO Bar #36832)
(*Pro hac vice anticipated)*

Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: unthank@wtotrial.com

***Attorneys for Level 3 Communications, LLC***



CLASSIFICATION: RESTRICTED

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on August 26, 2026, I electronically transmitted the above and foregoing to the Plaintiff, Pro Se, via email at his email address, and to the Clerk of the Court using the Court's ECF system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants:

*Plaintiff Pro Se:*
Anthony Trupia — trupiaar@gmail.com
605 SE 21st St.
Oklahoma City, OK 73129

*Counsel for Defendant, HLV Ventures, Reagan Gold Group LLC, and South Bay Galleries LLC:*

Mark Banner — mbanner@hallestill.com
Aaron C. Tifft — atifft@hallestill.com
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120

*Counsel for Defendant Telnyx, LLC:*

Brooks A. Richardson — brichardson@gablelaw.com
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

*Counsel for Defendants, Heritage Hard Assets LLC, Kyle Patton, Zachary D. Ludens, and Zebersky Payne Shaw Lewenz, LLP:*

Zachary D. Ludens — zludens@zpllp.com
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 Southeast 6th Street, Ste. 2900
Fort Lauderdale, FL 33301

*Counsel for Defendant, Onvoy, LLC:*

Nicholas V. Merkley — nmerkley@gablelaw.com
Gerard M. D'Emilio — gdemilio@gablelaw.com
GABLE GOTWALS



CLASSIFICATION: RESTRICTED

BOK Park Plaza
499 W. Sheridan Ave., Ste. 2200
Oklahoma City, OK 73102

Heidi Rasmussen
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana St., Ste 4000
Houston, TX 77002-5005
Heidi.rasmussen@morganlewis.com

Ezra D. Church
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
ezra.church@morganlewis.com

*/s/ John H. Tucker*



CLASSIFICATION: RESTRICTED