**From:** T T
**To:** Kathryn Dunn
**Subject:** Re: Trupia v. FMC / Defendant Ford Motor Company"s Reply in Support of Its Motion for Summary Judgment
**Date:** Tuesday, November 3, 2026 2:46:09 PM
**Attachments:** image001.png
image002.png

---

Kathryn:

The only reason I'm not turning around this motion at lightning speed right now is because I'm fairly confident you're about to lose your license. I'm *shocked* you didn't see a problem with altering a document with a court stamp on it, that's CRAZY, like, completely indefensible, never seen anything like it in any case. Start hunting for a new job.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Tue, Nov 3, 2026 at 9:34 AM Kathryn Dunn <kathryn.dunn@mcafeetaft.com> wrote:

> Good morning,
>
> Please see the attached document filed this morning.  A copy will follow by mail.
>
> Thank you,
>
> **Kathryn Dunn**
> Legal Secretary
> (918) 574-3079 phone
> (918) 599-9317 fax
> 2 West Second Street
> Williams Tower II, Suite 1100
> Tulsa, Oklahoma  74103
> kathryn.dunn@mcafeetaft.com
> www.mcafeetaft.com
>
> This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others.  Sharing this email may result in a loss of the attorney-client privilege.

**Exhibit 1**